RECEIVED

FEB 12 2020

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * | 1:20-cr-00036-01 |
| VERSUS | * * | Judge Drell |
| | * | Magistrate Judge Perez-Montes |
| DOMINIC DAVIDSON | * | |

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about June 14, 2018, in the Western District of Louisiana, the defendant, DOMINIC DAVIDSON, while acting under color of law, willfully deprived pretrial detainee K.F. of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from the use of unreasonable force by a correctional officer. Specifically, defendant DAVIDSON, while acting in his capacity as a correctional officer for the Rapides Parish Sheriff's Office, assaulted K.F., without justification, while K.F. was in his cell and not posing a threat to himself or others. The offense

resulted in bodily injury to K.F., all in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

**REDACTED**

_____
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

*[signature]*
_____
MARY J. MUDRICK, LA BAR# 01992
Assistant United States Attorney
300 Fannin, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600

ERIC S. DREIBAND
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

*[signature]*
_____
THOMAS JOHNSON, VA BAR# 89295
Trial Attorney, Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC   20530
(202) 616-3004